FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0673

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0673

_____

CASCADE COUNTY,

     Plaintiff and Appellant,

    v.

MONTANA PETROLEUM TANK
RELEASE COMPENSATION BOARD,

     Defendant, Appellee,
     and Cross Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2020